

**FILED**

*3:44 pm, 1/15/26*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

CONVERSE COUNTY BANK,

Plaintiff,

VS.

UNITED STATES SMALL BUSINESS
ADMINISTRATION and ISABEL
CASILLAS GUZMAN in her official
capacity as Administrator of the United
States Small Business Administration,

Defendants,

Case No.  24-CV-54-ABJ

---

## JUDGMENT

---

For the reasons set forth in the Court's Memorandum Opinion and Order (ECF No. 55), the United States Small Business Administration's decision denying Converse County Bank's loan guaranty purchase request is AFFIRMED.

IT IS ORDERED, ADJUDGED, AND DECREED that the agency action is AFFIRMED.

Dated this ___15TH___ day of January, 2026.

_____
Alan B. Johnson
United States District Judge