FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING



9:31 am, 4/2/26

**Margaret Botkins**
**Clerk of Court**

Margaret Botkins
Clerk of Court

Jon Bastian
Chief Deputy Clerk

April 2, 2026

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

Re:    **TRANSCRIPT ORDERS**
       District Court Case Number: **24-cv-00054-ABJ**
       *Converse County Bank v. United States Small Business Administration et al*
       US Court of Appeals Case Number: **26-8011**

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

All transcripts for this appeal are already on file with this Court.

For purposes of appeal, the record is now ready.

Sincerely,

Margaret Botkins
Clerk of Court

By:_____
       Tiffany Dyer